ACCEPTED
03-15-00455-CV
8162761
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 3:08:10 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS

FOR THE THIRD JUDICIAL DISTRICT

OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 3:08:10 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **SCOTT P. OGLE,** | § | |
| Appellant, | § | |
| V. | § | **CASE NO. 03-15-00455-CV** |
| | § | |
| **MAELI HECTOR, a/k/a MAELI** | § | |
| **ARELLANO, a/k/a MAELI** | § | |
| **JOHNSON,** | § | |
| Appellee. | § | |

## APPELLANT'S THIRD MOTION FOR
## EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SCOTT P. OGLE ("Mr. Ogle" or "Appellant"), Appellant in the above styled and number cause, and files this Third Motion to Extend Time to File Appellant's Brief, and in support thereof, would respectfully show unto this Court the following:

**I.**

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Mr. Ogle would show:

1)      the deadline for filing Appellant's Brief was November 23, 2015;

2)      Two Requests for Extension of Time to File Appellant's Brief has been previously granted;

3)	Mr. Ogle requests that the deadline to file Appellant's Brief be extended 15 days from the filing of this motion, or until December 24, 2015;

4)	Undersigned counsel reasonably believes that he will be able to complete and file Appellant's Brief within the time requested; and

5)	No further requests for an Extension of Time to File Appellant's Brief shall be requested.

Further, counsel requests this extension of time to file Appellant's Brief because of an unusually heavy trial schedule. Said trials and trial preparation have caused undersigned counsel to be unable to complete Appellant's Brief within the deadline.

Additionally, undersigned counsel was being assisted in researching and drafting Appellant's Brief in this Cause by attorney Gerald Staton, who passed away suddenly on November 9, 2015. At the time of his passing, Mr. Staton was in possession of the trial record in this case, as well as other documents and research materials to be accessed and referred to in drafting Appellant's Brief. Those materials have only been obtained by undersigned counsel via other means.

Finally, as stated above, undersigned counsel reasonably believes that he will be able to complete and file the Appellant's Brief in this cause within the additional time requested herein.

## PRAYER

PREMISES CONSIDERED, APPELLANT SCOTT P. OGLE prays that this Court grant Appellant's Third Motion to Extend Time to File Appellant's Brief. Appellant further prays for any other relief to which he may show himself justly entitled.

Respectfully submitted,

/s/ Scott Ogle
Scott Ogle
TBN: 00797170
2028 Ben White Blvd.
Austin, TX 78704
Phone: (512) 442-8833
Fax:    (512) 442-3256
soglelaw@peoplepc.com

## CERTIFICATE OF CONFERENCE

I hereby certify that a conference was not held with counsel for the defendant after a reasonable attempt to confer, as there was no response to a message sent to counsel for the defendant. Therefore, it is presumed that counsel for the defendant is opposed to the granting of the relief requested in this motion.

/s/ Scott Ogle
Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to counsel for the Appellees listed below pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure through the electronic filing manager, as opposing counsel's email address is on file with the

electronic filing manager, on this 9th day of December , 2015.

/s/ Scott Ogle
Scott Ogle


Paul A. Batrice
Law Office of Paul Batrice
1114 Lost Creek Blvd., Ste. 440
Austin, Texas 78746